## J U D G M E N T

### UNITED STATES COURT OF INTERNATIONAL TRADE

```
- - - - - - - - - - - - - - - - - - - - - - -x  Senior Judge Aquilino

MEYER CORPORATION, U.S.,                       :

                    Plaintiff,                 :

           v.                                  : Court No. 13-00154

UNITED STATES,                                 :

                    Defendant.                 :

- - - - - - - - - - - - - - - - - - - - - - -x
```

This test case within the meaning of USCIT Rule 83(e) having been duly submitted for decision after trial of the issues; and the court, after due deliberation, having issued slip opinion 21-26, 45 CIT ___, March 1, 2021; Now therefore, in conformity with said opinion, it is

ORDERED, ADJUDGED and DECREED that the decision of United States Customs and Border Protection to deny "first sale" treatment in accordance with Nissho Iwai America Corp. v. United States, 982 F.2d 505 (Fed.Cir. 1992), with respect to plaintiffs' imported cookware from its middleman affiliates be, and it hereby is, affirmed; and it is further

ORDERED, ADJUDGED and DECREED that this test case be, and it hereby is, dismissed.

```
Dated:  New York, New York           /s Thomas J. Aquilino, Jr.
        March 1, 2021                        Senior Judge
```