UNITED STATES COURT OF INTERNATIONAL TRADE
BEFORE THE HON. THOMAS J. AQUILINO, SENIOR JUDGE

---------------------------------------------------------------------- X
MEYER CORPORATION, U.S.,                  :
                                          :
    **Plaintiff,**                             :
                                          :
    *v.*                                      :   No. 13-00154
                                          :
UNITED STATES OF AMERICA,                 :
                                          :
    **Defendant.**                            :
---------------------------------------------------------------------- X

## NOTICE OF APPEAL

Notice is hereby given that plaintiff, Meyer Corporation, U.S., in the above-captioned action, hereby appeals to the United States Court of Appeals for the Federal Circuit from the final judgment entered March 1, 2021 following issuance of Slip Op. 21-26 on the same date.

                                                Respectfully Submitted,

                                                <u>/s/ John P. Donohue</u>
                                                John P. Donohue
                                                NEVILLE PETERSON LLP
                                                Two Logan Square
                                                100 N. 18th Street, Suite 333
                                                Philadelphia, PA 19103

April 29, 2021