## UNITED STATES COURT OF INTERNATIONAL TRADE
### BEFORE THE HON. THOMAS J. AQUILINO, SENIOR JUDGE

```
------------------------------------------------------------------ X
MEYER CORPORATION, U.S.,                           :
                                                   :
        Plaintiff,                                 :
                                                   :
        v.                                         :     No. 13-00154
                                                   :
UNITED STATES OF AMERICA,                          :
                                                   :
        Defendant.                                 :
------------------------------------------------------------------ X
```

### NOTICE OF APPEAL

Notice is hereby given that plaintiff, Meyer Corporation, U.S., in the above-captioned action, hereby appeals to the United States Court of Appeals for the Federal Circuit from the final judgment entered February 9th, 2023 following issuance of Slip Op. 23-13 on the same date.

        Respectfully Submitted,

/s/ John P. Donohue
John P. Donohue
NEVILLE PETERSON LLP
100 N. 18th Street, Ste. 300
Philadelphia, PA 19103
(267) 207-3421
jdonohue@npwny.com

/s/John M. Peterson
John M. Peterson
Patrick B. Klein
NEVILLE PETERSON LLP
55 Broadway, Suite 2602
New York, NY 10006
(212) 635-2730
jpeterson@npwny.com

/s/ Richard F. O'Neill
Richard F. O'Neill
NEVILLE PETERSON LLP
701 Fifth Ave, Ste. 4200-2159
Seattle, WA 98104
(206) 905-3648
roneill@npwny.com

February 24, 2023  *Attorneys for Meyer Corp. U.S.*