## UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| MEYER CORP., U.S.,<br><br>    Plaintiff,<br><br>  v.<br><br>UNITED STATES,<br><br>    Defendant. | **Court No. 13-00154** |

### ORDER OF REASSIGNMENT

Pursuant to 28 U.S.C. § 253(c) and Rule 77(e)(4) of the Rules of this Court, the above-entitled action, previously assigned to the Honorable Thomas J. Aquilino, Jr., is hereby reassigned to the Honorable Richard K. Eaton.

Dated at New York, New York, this 7th day of February, 2025

          /s/ Mark A. Barnett
         Mark A. Barnett
         Chief Judge